RICHARD KELLY, Respondent, *v.* JAMES T. PENFIELD et
al., Appellants.

*Kelly* v. *Penfield,* 144 App. Div. 903, affirmed.
(Argued November 27, 1912; decided December 17, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered April 11, 1911, modifying and affirming as modi-
fied a judgment in favor of plaintiff entered upon a deci-
sion of the court on trial at Special Term in an action by
an abutting owner to restrain the obstruction of an
alleged street.

*Henry Willis Smith* and *William T. Tomlinson* for
appellants.

*Rufus L. Weaver* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WER-
NER, CHASE and COLLIN, JJ.